FILED
IN OPEN COURT

JUL - 7 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 4:22-cr-34 |
| | ) |
| DILLARD JAMAR BOOKER, | ) |
| | ) |
| Defendant. | ) |

## STATEMENT OF FACTS

The United States and the defendant, Dillard Jamar Booker, agree that if this case were to proceed to trial, the United States would prove the charge of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, under Count Six of the Indictment, beyond a reasonable doubt, by proof of the following facts through admissible and credible evidence:

1. In March 2021, law enforcement received information about a subject selling cocaine in the city of Newport News, Virginia. Through an investigation, the subject was identified as the defendant, Dillard Jamar Booker.

2. During the months of August and September 2021, law enforcement conducted controlled narcotics transactions, during which the defendant knowingly distributed cocaine to a confidential source.

3. One of the controlled transactions took place outside the defendant's residence located on River Road in Newport News, Virginia, and as part of the continued investigation of the defendant, on October 19, 2021, law enforcement obtained a sealed search warrant for the defendant's River Road residence.

4. Law enforcement executed the search warrant on October 21, 2021, and recovered from the defendant's River Road residence, among other items:

    a. Two handguns located in the defendant's living room (a black and silver Taurus G2C .40 caliber handgun, bearing the serial number SMD65652; and a black Taurus TH9 9mm handgun, bearing the serial number ACC604060);

    b. A Ruger AR-556 rifle, bearing the serial number 853-85895, located in the defendant's bedroom closet;

    c. $885 in U.S. currency, representing drug proceeds, and an additional handgun (an HK USP .45 caliber handgun, bearing the serial number 25-109711) located in the defendant's bedside dresser drawer; and

    d. A backpack located on the bed, which contained within it a clear plastic bag with a significant amount of suspected cocaine.

5. The Virginia Department of Forensic Science ("DFS") tested the suspected cocaine recovered from the defendant's residence and confirmed that the substance contained cocaine and reported a total weight measurement of 14.66 grams including packaging.

6. The cocaine was not for the defendant's personal use, and instead, the defendant possessed the cocaine with the intention to distribute it.

7. As a result of the search, law enforcement also found clear plastic bags with missing corners, Pyrex cookware, and a box of unused "Love Roses," all of which are indicative of the distribution of cocaine.

8. Law enforcement test fired the above-listed firearms that were recovered from the defendant's residence and determined that each firearm was operable.

9. The acts described above taken by the defendant were done willfully, knowingly, intentionally, and unlawfully and not by accident, mistake or other innocent reason. The defendant further acknowledges that the foregoing statement of facts covers the elements of the

offense to which he is pleading guilty but does not describe all of the defendant's conduct relating to the offenses charged in this case.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
William J. Homer
Assistant United States Attorney
United States Attorney's Office
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
Tel.: (757) 591-4000
Fax: (757) 591-0866
william.homer@usdoj.gov

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Dillard Jamar Booker, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Dillard Jamar Booker

I am counsel for the defendant, Dillard Jamar Booker. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Andrew Grindrod
Attorney for Dillard Jamar Booker